**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ASSOCIATED TERMINALS LLC,** **INDIVIDUALLY AND ON BEHALF OF** **ALL OTHERS SIMILARLY SITUATED** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3118** |
| **ENTERGY CORPORATION ET AL** | **SECTION "B"(2)** |

<u>ORDER</u>

Considering the plaintiff Associated Terminals, LLC's motion to dismiss with prejudice (Rec. Doc. 70),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, dismissing **with prejudice** plaintiff's claims against defendants Entergy Corporation, LLC, Entergy Louisiana, LLC, and Entergy New Orleans, LLC, with each party to bear their own costs.

New Orleans, Louisiana this 11th day of September, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE

1